■ EMILY PUGLIESI et al., Respondents, v ROBERT YANNACI et al., Appellants. [774 NYS2d 786]—In an action to recover damages for personal injuries, etc., the defendants appeal from an order of the Supreme Court, Suffolk County (Loughlin, J.), dated August 1, 2003, which denied their motion for summary judgment dismissing the complaint.

Ordered that the order is affirmed, with costs.

There are issues of fact requiring the denial of summary judgment. Santucci, J.P., Krausman, Schmidt and Rivera, JJ., concur.